No. 115.   GUERRINI *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.   *Arthur M. Becker* and *John W. Cragun* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney, Leavenworth Colby* and *Morton Hollander* for the United States.

No. 134.   RESEARCH LABORATORIES, INC. *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   *Carl McFarland, Ashley Sellers* and *Kenneth L. Kimble* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl, Vincent A. Kleinfeld* and *John T. Grigsby* for the United States.

No. 150.   KIRKLAND ET AL. *v.* ATLANTIC COAST LINE RAILROAD CO. ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *E. Smythe Gambrell, W. Glen Harlan* and *Llewellyn C. Thomas* for petitioners.   *Solicitor General Perlman, Assistant Attorney General Bergson, Robert W. Ginnane* and *Fred E. Strine* for the National Mediation Board et al.; and *Clarence E. Weisell, Carl McFarland* and *Ashley Sellers* for the Brotherhood of Locomotive Engineers, respondents.

No. 214.   GANTT *v.* FELIPE Y CARLOS HURTADO & CIA., LTDA.   Supreme Court of New York, New York County. Certiorari denied.   *Edward Jerome* for petitioner.   *Frank Rashap* for respondent.